1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3

4    THE ESTATE OF PABLO GARCIA            Case No.  18-cv-02151-YGR
     TORIBIO, ET AL.,

5              Plaintiffs,
                                          **CASE MANAGEMENT AND
6         v.                              PRETRIAL**

7    CITY OF SANTA ROSA, et al.,

8              Defendants.

9    **TO ALL PARTIES AND COUNSEL OF RECORD:**

10        The Court hereby sets the following trial and pretrial dates:

11                    **PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 3, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR ENE TO BE COMPLETED BY: | August 31, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | July 30, 2018 for filing the Second Amended Complaint |
| NON-EXPERT DISCOVERY CUTOFF: | December 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 15, 2019 Rebuttal: January 29, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 8, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | March 19, 2019 [filed by 2/12/19] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 10, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 17, 2019 |
| PRETRIAL CONFERENCE: | Friday, May 31, 2019 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | | |
|---|---|---|
| 1 | TRIAL DATE AND LENGTH: | Monday, June 17, 2019 at 8:30 a.m. for |
| 2 | | (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, May 10, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 17, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge