# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**CITY OF SANTA ROSA, ET AL.,**<br><br>　　　　Defendants. | CASE NO. 18-cv-02151-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 12 |

The Motion of Defendants City of Santa Rosa, Santa Rosa Police Department, and Hank Schreeder to Dismiss First Amended Complaint (Dkt. No. 12) came on for hearing on Monday, July 16, 2018, at 2:00 p.m. The parties appeared and submitted their arguments.

The Court having carefully considered the papers filed in support of and in opposition to the motion, the pleadings on file in this matter, the arguments and stipulations of the parties, and for the reasons stated on the record at the July 16, 2018 hearing, the Motion to Dismiss is **GRANTED WITH LEAVE TO AMEND**.

Plaintiffs shall file their Second Amended Complaint no later than July 30, 2018. Defendants shall file their response no later than August 13, 2018.

This terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: July 17, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**