# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF SANTA ROSA, ET AL.,**<br><br>Defendants. | CASE NO. 18-cv-02151-YGR<br><br>**ORDER RELIEVING PARTIES FROM SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUIREMENT**<br><br>Re: Dkt. Nos. 31, 32 |

Based upon the Court's review of the pre-filing letters submitted by the parties, and the Court's current trial schedule, no pre-filing conference will be required.

The parties are reminded of the requirements in paragraph 9 of this Court's Standing Order, including: (1) the limit of one motion per side absent leave of court; (2) filing of separate statements of fact in the format set forth therein; (3) and an attestation of counsel that the evidence cited for each fact or dispute fairly and accurately supports the fact or dispute.

As previewed for the parties at the case management conference, the Court considers summary judgment a tool to be used prudently, when there are no disputed issues of material fact. To the extent there are triable issues of material fact, summary judgment generally will be denied with a succinct denial order, without extensive commentary, so that the determination is left wholly for the trier of fact.

**IT IS SO ORDERED.**

Dated: November 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**