# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **CITY OF SANTA ROSA, ET AL.**, <br><br> Defendants. | CASE NO. 18-cv-02151-YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 35 |

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled. Accordingly, the Case Management Conference currently set for December 3, 2018, is **VACATED**.

The parties' request for leave to conduct plaintiff's depositions, and resolve their dispute regarding the location of such depositions, after the current discovery cutoff, if necessary, is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 28, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**