# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**CITY OF SANTA ROSA, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-02151-YGR<br><br>**ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD SANDRA R. ROMERO**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned **in the amount of $1000.00** for misrepresenting to the Court the basis for your administrative motion to continue the scheduling order in this case.

On December 4, 2018, plaintiffs filed an administrative motion to continue the deadlines set forth in this Court's scheduling order regarding completion of non-expert discovery and dispositive motion briefing. (Dkt. No. 37.) On December 6, 2018, the Court held a phone conference with the parties concerning the administrative motion. During that phone conference, counsel for plaintiffs, Sandra R. Romero, represented to the Court that she was unable to take the six depositions previously scheduled for December 13, 14, and 19, 2018, because she would be out of the country on a pre-planned vacation with her family. She further represented that the scheduling error was inadvertent, and that she had scheduled the depositions without having her personal calendar in front of her. Defendants' letter filed December 12, 2018 (Dkt. No. 40), suggests that those representations lacked veracity.

Plaintiffs shall file a written response to this Order to Show Cause no later than **January 8, 2019**. Such written response shall include a copy of her travel reservations confirming the date on which they were made.

1   A hearing on this Order to Show Cause will be held on **January 15, 2019**, on the Court's
2   2:01 p.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in
3   Courtroom 1.

4   **IT IS SO ORDERED.**

5   Dated:   December 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**