RUVALCABA ROMERO
LAWYERS
1082 East Meta Street
VENTURA, CALIFORNIA 93001
TEL. (805) 233-3273
FAX. (805) 275-1061

(SPACE BELOW FOR FILING STAMP ONLY)

SANDRA R. ROMERO, State Bar No. 253275

Attorneys for    Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PABLO GARCIA TORIBIO; PABLO GARCIA SANTOS, individually, and as Successor in Interest to PABLO GARCIA TORIBIO; MARGARITA TORIBIO DOMINGUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ROSA; THE SANTA ROSA POLICE DEPARTMENT; THE CHIEF OF POLICE FOR THE SANTA ROSA POLICE DEPARTMENT, HANK SCHREEDER; OFFICER NICHOLAS VLAHANDREAS; OFFICER JEFFREY BADGER; OFFICER PARK MCALISTER and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case Number C 18-2151 YGR<br><br>**PLAINTIFFS' AMENDED RESPONSE TO OSC RE: MONETARY SANCTIONS; DECLARATION OF SANDRA ROMERO**<br><br>Hearing Date: January 15, 2019<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor – Oakland<br>Judge: The Hon. Yvonne Gonzalez Rogers |

- 1 -

PLAINTIFFS' *AMENDED* RESPONSE TO OSC RE:
MONETARY SANCTIONS; DECLARATION OF SANDRA ROMERO
*Estate of Pablo Garcia Toribio, et al v. City of Santa Rosa, et al*
Case Number C 18-2151 YGR

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs THE ESTATE OF PABLO GARCIA TORIBIO, PABLO GARCIA SANTOS, individually, and as Successor in Interest to PABLO GARCIA TORIBIO; MARGARITA TORIBIO DOMINGUEZ, an individual, and their attorney of record, Sandra Romero, respectfully responds to the Court's OSC Re: Monetary Sanctions.

## DECLARATION OF SANDRA ROMERO

I, Sandra Romero, declare as follows:

I am a licensed attorney, duly admitted to practice before this Court. I am the attorney of record in the matter of *Estate of Pablo Garcia Toribio, et al. v. City of Santa Rosa, et al., United States District Court Northern District of California, Case Number C 18-2151 YGR*. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

1.) On December 3, 2018, plaintiffs filed an administrative motion to continue non-expert discovery deadline of December 31, 2018 because I had a pre-paid vacation and would like to take depositions in mid-January 2019 upon my return. (Dkt. No. 37) Defendants opposed the administrative motion. (DKt. No. 39.) On December 6, 2018, the Court held a telephone conference with counsel for each side concerning the motion. The Court allowed depositions to be taken after December 31, 2018. The Court directed the parties to file no later than December 10, 2018, a confirmation letter with the Court regarding the scheduling of depositions. Unfortunately, for reasons explained further below, this was not filed.

2.) On December 14, 2018, the Court ordered plaintiffs' counsel to file a response no later than January 8, 2019 to its Order to Show Cause with "a copy of her travel reservations confirming the date on which they were made." (Dkt. No. 42.)

- 2 -

PLAINTIFFS' *AMENDED* RESPONSE TO OSC RE:
MONETARY SANCTIONS; DECLARATION OF SANDRA ROMERO
*Estate of Pablo Garcia Toribio, et al v. City of Santa Rosa, et al*
*Case Number C 18-2151 YGR*

3.) First, I would like to apologize for not filing a confirmation letter with the Court regarding the scheduling of the depositions and respectfully respond to the Court's OSC.

4.) On November 3, 2018, four flight tickets were purchased for my family (Steven, 6, Olivia, 3, Gilbert Romero, and myself) to travel from Los Angeles to Tulum and to Oaxaca, Mexico. These tickets were purchased before the original scheduling of the depositions of named defendants. Pursuant to the Court's order, attached please find a copy of my credit card statement showing a purchase date of November 3, 2018.

5.) The depositions of defendants and investigating sheriff detectives have now been scheduled and are taking place on January 14, 15, and 16 in Santa Rosa as ordered by the Court.

6.) Further, on December 8, 2018, my family and I moved to our new home. Moving during this time of the year was overwhelming. It took many days to get re-organized and adjusted. During our move, my husband injured his shoulder; he was admitted to urgent care. Unfortunately, this contributed to my inability to file a confirmation letter with the Court by December 10, 2018.

7.) Additionally, at the administrative hearing that took place on December 3, 2018, opposing counsel suggested that defendants may be filing a motion for summary judgment during the holidays. In light of my schedule, time constrains in opposing a motion for summary judgment, family vacation, holidays, scheduling of depositions, I thought it would be in my clients' best interest to associate co-counsel as soon as possible. I quickly reached out to colleagues. I discussed this case with attorneys Jamon Hicks and Carl Douglas of Douglas Hicks. Mr. Hicks and Mr. Douglas reviewed the file (i.e., body camera footage, reports, audio recordings, etc.) and their respective calendars. After their review, they agreed to associate. On December 19, 2018, Mr. Douglas filed a Notice of Appearance (Dkt. No. 44). Douglas Hicks has scheduled the depositions of defendant officers and investigating deputy sheriffs as ordered by the Court.

8.) Once again, I am very sorry for not being able to file a confirming letter by December 10, 2018. I hope that this Response and explanation responds to and satisfies the Court's OSC. If it does, I kindly request that the Court not sanction me for $1,000 and,

- 3 -

if possible, hopefully take the OSC hearing scheduled for January 15, 2018 at 2:00 p.m. off calendar.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully,

DATED: January 8, 2019            */s/ Sandra Romero*

Sandra Romero

---

- 4 -

PLAINTIFFS' *AMENDED* RESPONSE TO OSC RE:
MONETARY SANCTIONS; DECLARATION OF SANDRA ROMERO
*Estate of Pablo Garcia Toribio, et al v. City of Santa Rosa, et al*
*Case Number C 18-2151 YGR*




# Southwest Rapid Rewards

**New Balance** ▓▓▓
**Minimum Payment Due** ▓▓▓
**Payment Due Date** 12/02/18

December 2018 calendar

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 years | ▓▓▓ |
| ▓▓▓ | 3 years | ▓▓▓ (Savings=▓▓▓) |

If you would like information about credit counseling services, call 1-866-797-2885.

## SOUTHWEST AIRLINES RAPID REWARDS CARD SUMMARY

- 2X Pts for Southwest purchases ▓▓▓
- Points earned on all other purchases ▓▓▓
- **Total Rapid Rewards transf. to Southwest** ▓▓▓

Learn more about your Rapid Rewards® Credit Card at www.chase.com/southwest. View point totals and redeem at www.southwest.com/rraccount. Call 1-800-I-FLY-SWA or visit www.southwest.com to book flights.

Earn 2 Rapid Rewards® Points per $1 spent on flights purchased directly through Southwest Airlines® and on participating Rapid Rewards Hotel and Rental Car partner purchases. (like Marriott, Hyatt, Hertz and Avis) Escape faster by earning 1 point per $1 on all other purchases.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | ▓▓▓ |
| Previous Balance | ▓▓▓ |
| Payment, Credits | ▓▓▓ |
| Purchases | ▓▓▓ |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | ▓▓▓ |
| Opening/Closing Date | 10/06/18 - 11/05/18 |
| Credit Access Line | ▓▓▓ |
| Available Credit | ▓▓▓ |
| Cash Access Line | ▓▓▓ |
| Available for Cash | ▓▓▓ |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of ▓▓▓ will be billed on 01/01/2019. There is a transaction fee for each balance transfer and cash advance in the amount of 5.00% or $5.00

**This Statement is a Facsimile - Not an original**

## CHASE

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

**Payment Due Date:** 12/02/18
**New Balance:** ▓▓▓
**Minimum Payment:** ▓▓▓
**Account number:** ▓▓▓

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

SANDRA R ROMERO

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/03 | SOUTHWES 5262405239634 800-435-9792 TX<br>1 Y    LAX   CUN | |
| 11/03 | SOUTHWES 5262405239676 800-435-9792 TX<br>X     LAX   CUN | |
| 11/03 | SOUTHWES 5262405239636 800-435-9792 TX<br>1 Y    LAX   CUN | |
| 11/03 | SOUTHWES 5262405239635 800-435-9792 TX<br>1 Y    LAX   CUN | |
| 11/03 | DELTA AIR 0062346063870 MEXICO CITY<br>1 L    OAX   MEX | |

**This Statement is a Facsimile - Not an original**

Page 3 of 4

# Southwest Rapid Rewards

Manage your account online: www.chase.com/Southwest
Customer Service: 1-800-792-0001
Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
|  | 2 L    MEX    LAX |  |
| 11/03 | DELTA AIR 0062346063869 MEXICO CITY | ▬ |
|  | 1 L    OAX    MEX |  |
|  | 2 L    MEX    LAX |  |
| 11/03 | DELTA AIR 0062346063868 MEXICO CITY | ▬ |
|  | 1 L    OAX    MEX |  |
|  | 2 L    MEX    LAX |  |
| 11/03 | DELTA AIR 0062346063867 MEXICO CITY | ▬ |
|  | 1 L    OAX    MEX |  |
|  | 2 L    MEX    LAX |  |

**2018 Totals Year-to-Date**
Total fees charged in 2018
Total interest charged in 2018

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 17.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 17.99%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

SANDRA R ROMERO        This Statement is a Facsimile - Not an original        Statement Date: 11/05/18