UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF SANTA ROSA, ET AL.**,<br><br>Defendants. | CASE NO. 18-cv-02151-YGR<br><br>**ORDER STRIKING PLAINTIFF'S RESPONSIVE SEPARATE STATEMENT AND SEPARATE STATEMENT OF ADDITIONAL MATERIAL FACTS** |

The Court **STRIKES** Plaintiffs' filings at Docket Nos. 66 and 67. The Court's Standing Order provides, in pertinent part:

> 2. **Responsive Separate Statement:** The papers opposing a motion for summary judgment shall include *one* Responsive Separate Statement which: (1) incorporates the facts in the moving separate statement; (2) provides a response to each of the facts in the correspondingly numbered paragraph in the moving separate statement; and (3) identifies any *additional* material facts that the party contends will establish a genuine issue to be tried. This Responsive Separate Statement shall indicate as to each fact whether the party contends the fact is "disputed" or "undisputed." If the opposing party contends that the fact is in dispute, the party must cite to evidence in the record which establishes the dispute.
>
> 3. **Page Limits for Separate Statements:** Unless a party has obtained prior permission from this Court, the Supporting Separate Statement is limited to no more than fifteen (15) pages, and the Responsive Separate Statement is limited to no more than five (5) additional pages beyond the number of pages in the opening statement.
> 4. **Attestation Required for Separate Statements:** The Supporting and Responsive Separate Statement each **must be signed** by counsel (or by the party, if unrepresented by counsel) who has reviewed the document and can attest as follows: ***"I attest that the evidence cited herein fairly and accurately supports [or disputes] the facts as asserted."***

Standing Order In Civil Cases ¶ 9(c)(2)-(4). Plaintiffs here filed a 15-page response to defendant's separate statement (Dkt. No. 66) as well as a separate document with 8 pages of additional facts (Dkt. No. 67). Further, the separate document stating additional facts did not include the required attestation.

Plaintiffs shall refile a responsive separate statement in compliance with the Court's Standing Order no later than **February 6, 2019**. Plaintiffs are cautioned that future violations of the Court's Standing Orders may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated: February 4, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**