1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**NORTHERN DISTRICT OF CALIFORNIA**

6
7

**THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.,**

CASE NO. 18-cv-02151-YGR

8

Plaintiffs,

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS CITY OF SANTA ROSA, SCHREEDER, BADGER, AND MCALLISTER**

9

vs.

10
11

**CITY OF SANTA ROSA, ET AL.,**

Defendants.

12

On February 26, 2019, at the hearing on defendants' motion for summary judgment,

13

plaintiffs' counsel stated on the record that plaintiffs withdraw their claims defendants City of

14

Santa Rosa, Chief of Police Hank Schreeder, Officer Jeffrey Badger, and Officer Park McAllister.

15

Defendants did not object.

16

Therefore, all claims against defendants City of Santa Rosa, Chief of Police Hank

17

Schreeder, Officer Jeffrey Badger, and Officer Park McAllister are **DISMISSED**.

18

**IT IS SO ORDERED.**

19

Dated:  February 28, 2019

20

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

21
22
23
24
25
26
27
28