# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF PABLO GARCIA TORIBIO, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**CITY OF SANTA ROSA, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-02151-YGR<br><br>**JUDGMENT** |

The Court having granted the motion of defendant Officer Vlahandreas for summary judgment by Order entered this date, **JUDGMENT IS ENTERED** in favor of defendant and against plaintiffs.

It is **ORDERED, ADJUDGED, AND DECREED** that plaintiffs the Estate of Pablo Garcia Toribio, Pablo Garcia Santos, and Margarita Toribio Dominguez take nothing, and the action be dismissed on its merits against Officer Vlahandreas. Costs to be determined pursuant to Fed. Rule Civ. P. 54 and Local Rule 54.

**IT IS SO ORDERED.**

Dated: April 4, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**